■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINGO LUYANDA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered November 13, 1990, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

As the defendant failed to object to the court's oral supplemental charge on criminal sale of a controlled substance in the third degree, his claim that the trial court should have submitted written instructions to the jury is unpreserved for appellate review *(see, People v Bynum,* 70 NY2d 858; *People v Crum,* 175 AD2d 136). In view of the overwhelming evidence of the defendant's guilt, we decline to address the defendant's contention in the exercise of our interest of justice jurisdiction *(see,* CPL 470.15 [6]). Thompson, J. P., Miller, Copertino and Pizzuto, JJ., concur.